UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW LOMBARDO AND WHO'S HOLIDAY LLC,<br><br>        Plaintiff,<br><br>  -against-<br><br>DR. SEUSS ENTERPISES, L.P.,<br><br>        Defendant. | 1:16-cv-09974 (AKH)<br>**MOTION TO ADMIT RYAN C. COMPTON *PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Ryan C. Compton, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Dr. Seuss Enterprises, L.P. in the above-captioned action.

I am a member in good standing of the bars of the District of Columbia and the State of Georgia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Civil Rule 1.3.

Dated:  February 3, 2017                        Respectfully submitted,

                                             **DLA PIPER LLP (US)**

                              By:  /s/ *Ryan C. Compton*
                                      Ryan C. Compton
                                      500 Eighth Street, NW
                                      Washington, D.C. 20004
                                      Tel.:  (202) 799-4142
                                      Fax:  (973) 799-5142
                                      E-mail: ryan.compton@dlapiper.com

                                      *Attorneys for Defendant*
                                      *Dr. Seuss Enterprises, L.P.*

## CERTIFICATE OF SERVICE

This certifies that the foregoing Motion to Admit Ryan C. Compton with accompanying papers was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                */s Ryan C. Compton*
                                                Ryan C. Compton

Dated:  February 3, 2017

WEST\275213938.1