UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW LOMBARDO AND WHO'S HOLIDAY LLC,<br><br>          Plaintiff,<br><br>     -against-<br><br>DR. SEUSS ENTERPISES, L.P.,<br><br>          Defendant. | 1:16-cv-09974 (AKH)<br>**DECLARATION OF RYAN C. COMPTON IN SUPPORT OF MOTION FOR *PRO HAC VICE*** |

Ryan C. Compton, hereby declares as follows:

1. I am Of Counsel with the law firm DLA Piper LLP (US), 500 Eighth Street, NW, Washington, D.C. 20004, and attorney for Defendant Dr. Seuss Enterprises, L.P. ("Defendant".)

2. This declaration is made in support of the instant Motion for admission *pro hac vice* to the United States District Court for the Southern District of New York for the purpose of defending the above-captioned matter on behalf of Defendant.

3. I am a member in good standing of the Bar of the District of Columbia since 2005. (*See* attached Exhibit A.)

4. I am a member in good standing of the Bar of the State of Georgia since 2003. (*See* attached Exhibit B.) I have provided a letter of good standing from the State Bar of Georgia because I am admitted to the Superior Court of Georgia only, which does not issue Certificates of Good Standing, and because the State Bar of Georgia is "an official arm of the [Georgia] Supreme Court." *See* STATE BAR OF GEORGIA, FAQ/MEMBERSHIP, https://www.gabar.org/aboutthebar/faq/faqs.cfm?filter=Membership (last visited Feb. 3, 2017) ("The State Bar of Georgia is an official arm of the Supreme

Court, but if the jurisdiction in which you are applying requires you to submit a letter from the highest court to which you are admitted (i.e., Supreme Court of Georgia, Court of Appeals of Georgia, etc.), you must contact those courts directly, (but only if you are admitted to them) to request a letter of good standing. Otherwise, if you have only been admitted in Superior Court, a letter of good standing from the State Bar of Georgia will be sufficient."). Accordingly, the State Bar of Georgia deems a letter of good standing from it "sufficient" for purposes of a letter from the Superior Court of Georgia.

5. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. I have read and shall comply with and be bound by the Judicial Code (Title 28, U.S.C.); the Federal Rules of Civil Procedure; the Federal Rules of Evidence; the Local Rules of the United States District Courts for the Southern and Eastern District of New York; and the New York State Rules of Professional Conduct as adopted from time to time by the Appellate Divisions of the State of New York.

7. I will faithfully adhere to all rules applicable to my conduct in connection with any activities in this Court.

//
//
//
//
//
//

8. I also agree to notify the Court immediately of any matter affecting my standing at the bar of any other court.

I hereby declare that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: February 3, 2017                                        Respectfully submitted,

                                                       **DLA PIPER LLP (US)**

By: /s/ *Ryan C. Compton*
     Ryan C. Compton
     500 Eighth Street, NW
     Washington, D.C. 20004
     Tel.: (202) 799-4142
     Fax: (973) 799-5142
     E-mail: ryan.compton@dlapiper.com

*Attorneys for Defendant*
*Dr. Seuss Enterprises, L.P.*

# Exhibit A



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## RYAN C. COMPTON

was on **FEBRUARY 4, 2005** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **FEBRUARY 2, 2017**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# Exhibit B

WEST\275214500.1



*Lawyers Serving the Public and the Justice System*

Mr. Ryan Christopher Compton
DLA Piper LLP (US)
500 8th Street NW
Washington, DC  20004

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 11/06/2003 |
| **BAR NUMBER:** | 180290 |
| **TODAY'S DATE:** | 02/01/2017 |

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition | Date |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose current status is Active are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.



**STATE BAR OF GEORGIA**

*Brinda Lovvorn*

**Official Representative of the State Bar of Georgia**

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA  30303-2743
404-527-8700 • 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA  31401-1225
912-239-9910 • 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA  31793-1390
229-387-0446 • 800-330-0446
Fax 229-382-7435