UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW LOMBARDO AND WHO'S HOLIDAY LLC,<br><br>   Plaintiff,<br><br> -against-<br><br>DR. SEUSS ENTERPISES, L.P.,<br><br>   Defendant. | 1:16-cv-09974 (AKH)<br><br>**ORDER GRANTING ADMISSION OF RYAN C. COMPTON** *PRO HAC VICE* |

The motion of Ryan C. Compton, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the state of Georgia; and that his contact information is as follows:

> Ryan C. Compton
> DLA PIPER LLP (US)
> 500 Eighth Street, NW
> Washington, D.C. 20004
> Tel.: (202) 799-4142
> Fax: (202) 799-5142
> E-mail: ryan.compton@dlapiper.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Dr. Seuss Enterprises, L.P. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____   _____
                  HONORABLE ALVIN K. HELLERSTEIN
                  UNITED STATES DISTRICT JUDGE