# EXHIBIT 3
**INVOICES**

# J. Greenberger, PLLC

## INVOICE

195 Montague Street, 14th Floor
Brooklyn, NY 11201
Phone: (718) 502-9555
Email: jordan@jgreenbergerlaw.com
www.jgreenbergerlaw.com

Invoice # 59
Date: 12/28/2016
Due Upon Receipt

Matthew Lombardo

New York, NY 10036

## Statement of Account

| Outstanding Balance | New Charges | Payments Received | Total Amount Outstanding |
|---|---|---|---|
| (  $0.00 | +  $10,738.40  ) - ( | $0.00  ) = | $10,738.40 |

## 536-00001/Lomba-Dr. S

## Dr. Seuss Litigation

### Services

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 11/20/2016 | Review Client Documents/Correspondence: Read Who's Holiday and How The Grinch Stole Christmas | 2.30 | $380.00 | $874.00 |
| 11/21/2016 | Legal Research: Re: fair use (copyright and trademark); cases and treatises | 2.10 | $380.00 | $798.00 |
| 11/22/2016 | Meeting with client: Re: REDACTED | 1.20 | $380.00 | $456.00 |
| 12/07/2016 | Correspondence with client: Re: REDACTED | 0.10 | $380.00 | $38.00 |
| 12/07/2016 | Draft Pleadings/Filings: Complaint | 1.20 | $380.00 | $456.00 |
| 12/08/2016 | Draft Pleadings/Filings: Complaint (continue editing) | 2.90 | $380.00 | $1,102.00 |
| 12/09/2016 | Draft Pleadings/Filings: Edit complaint | 0.54 | $380.00 | $205.20 |
| 12/11/2016 | Draft Pleadings/Filings: Edit complaint, review play and book | 1.65 | $380.00 | $627.00 |
| 12/12/2016 | Draft Pleadings/Filings: Edit complaint and research re causes of action | 3.09 | $380.00 | $1,174.20 |
| 12/13/2016 | Research re Dramatist Guild support and email its general counsel re amicus/support | 0.20 | $380.00 | $76.00 |

| Date | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| 12/13/2016 | Legal Research: Re: defendant not registered to do business in New York | 0.35 | $380.00 | $133.00 |
| 12/14/2016 | Draft Pleadings/Filings: Edit complaint | 0.34 | $380.00 | $129.20 |
| 12/15/2016 | Telcall with counsel (Ralph Sevush) at the Dramatist Guild re: support/amicus | 0.24 | $380.00 | $91.20 |
| 12/15/2016 | Draft Pleadings/Filings: Edit complaint re damages | 0.47 | $380.00 | $178.60 |
| 12/16/2016 | Draft Pleadings/Filings: Edit complaint (special damages and parody) | 1.59 | $380.00 | $604.20 |
| 12/16/2016 | Draft Pleadings/Filings: Edit complaint (play synopsis) | 0.78 | $380.00 | $296.40 |
| 12/19/2016 | Draft Pleadings/Filings: Edit complaint (re-organize, typos, clean-up, condense) | 2.41 | $380.00 | $915.80 |
| 12/20/2016 | Review client comments/edits to Complaint and emails re same | 0.10 | $380.00 | $38.00 |
| 12/21/2016 | Draft Pleadings/Filings: Edit complaint per client comments/notes and emails re same | 0.76 | $380.00 | $288.80 |
| 12/22/2016 | Draft Pleadings/Filings: Finalize complaint, Civil Cover Sheet | 2.15 | $380.00 | $817.00 |
| 12/22/2016 | Telephone call with attorney Mark Sendroff re complaint, and various emails with client re REDACTED | 0.22 | $380.00 | $83.60 |
| 12/23/2016 | Telcall with client's attorney Andrew Farber re: edits to and finalizing complaint | 0.24 | $380.00 | $91.20 |
| 12/26/2016 | Emails with client re REDACTED | 0.16 | $380.00 | $60.80 |
| 12/27/2016 | Draft Pleadings/Filings: Finalize complaint, efile complaint & exhibit, summons, civil cover sheet; finalize and file Rule 7.1 statement and form AO121 re: copyright action | 1.28 | $380.00 | $486.40 |
| 12/27/2016 | Prepare and submit copyright registration for play | 0.54 | $380.00 | $205.20 |
| 12/28/2016 | Review docket entries from court; research re assigned Judge Hellerstein and his recent fair use decisions | 0.27 | $380.00 | $102.60 |

**Quantity Subtotal**     **27.18**

**Services Subtotal**     **$10,328.40**

## Expenses

| Date | Notes | Quantity | Rate | Total |
|------|-------|----------|------|-------|
| 11/20/2016 | How The Grinch Stole Christmas (Barnes & Noble) | 1.00 | $10.00 | $10.00 |
| 12/27/2016 | Filing Fee Application Name: NYSD CM ECF Pay.gov Tracking ID: 25VP5Q2P Agency Tracking ID: 0208-13140301 Transaction Type: Sale Transaction Date: Dec 27, 2016 8:16:31 PM Account Holder Name: Jordan Greenberger Transaction Amount: $400.00 Card Type: Visa Card Number: ************5031 | 1.00 | $400.00 | $400.00 |

| | | |
|---|---|---|
| **Expenses Subtotal** | | **$410.00** |
| | | |
| **Quantity Total** | | **27.18** |
| **Subtotal** | | **$10,738.40** |
| **Total** | | **$10,738.40** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 59 | 12/28/2016 | $10,738.40 | $0.00 | $10,738.40 |
| | | | **Outstanding Balance** | **$10,738.40** |
| | | | **Amount in Trust** | **$0.00** |
| | | | **Total Amount Outstanding** | **$10,738.40** |

Please make all amounts payable to: J. Greenberger, PLLC

Payment is due upon receipt.

**Payment due per 12/6/16 engagement letter**

# Remittance Advice

| Checking Information | |
|---|---|
| **Remit checks to:** | Jordan Greenberger, Esq.<br>J. Greenberger, PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, NY 11201 USA |

| Wire Transfer Information | |
|---|---|
| **Bank Name/Address:** | REDACTED |
| **Bank ABA/Routing #:** | REDACTED |
| **Name/Account #:** | REDACTED |
| **SWIFT:** | REDACTED |

Please include the invoice number noted above (#59) as an additional reference. Please also provide adequate payment to cover any wire fees assessed by your financial institution.  Please email for instructions if you would like to pay be credit card.

# J. Greenberger, PLLC

# INVOICE

195 Montague Street, 14th Floor
Brooklyn, NY 11201
Phone: (718) 502-9555
Email: jordan@jgreenbergerlaw.com
www.jgreenbergerlaw.com

Invoice # 71
Date: 01/30/2017
Due Upon Receipt

Matthew Lombardo

New York, NY 10036

## Statement of Account

| | Outstanding Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|---|---|---|---|---|---|---|---|
| ( | $10,738.40 | + | $4,715.80 | ) - ( | $0.00 | ) = | $15,454.20 |

## 536-00001/Lomba-Dr. S

## Dr. Seuss Litigation

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 12/28/2016 | Locate San Diego process servers and emails re quotes/service | 0.20 | $380.00 | $76.00 |
| 12/30/2016 | Emails with San Diego process server | 0.10 | $380.00 | $38.00 |
| 12/30/2016 | Legal Research: Re: disqualification of counsel (DLA Piper) under advocate-witness rule | 0.30 | $380.00 | $114.00 |
| 01/09/2017 | Telephone call with client: Re: REDACTED and email to client re same | 0.30 | $380.00 | $114.00 |
| 01/09/2017 | Legal Research: Re: DLA Piper lawyer's prior representations of Dr. Seuss in copyright litigation (Dr. Seuss Enterprises v. ComicMix LLC et al (S.D. Cal.) ) | 0.18 | $380.00 | $68.40 |
| 01/09/2017 | Legal Research: Re: Judge Hellerstein's individual practice rules for requests for adjournments and pre-motion conferences | 0.10 | $380.00 | $38.00 |
| 01/10/2017 | Telcall and emails with process server re status of affidavit of service | 0.10 | $380.00 | $38.00 |
| 01/10/2017 | Telcall with Tamar (defendant's lawyer at DLA Piper) re: introduction, extending time to answer/move etc. | 0.16 | $380.00 | $60.80 |
| 01/10/2017 | Telephone call with client: Re: REDACTED | 0.09 | $380.00 | $34.20 |
| 01/10/2017 | E-file proof of service | 0.16 | $380.00 | $60.80 |

| | | | | |
|---|---|---|---|---|
| 01/11/2017 | Emails with Tamar re extension of time to respond to complaint, review her proposed/draft letter to court | 0.18 | $380.00 | $68.40 |
| 01/12/2017 | Review and docket court order extending time to answer | 0.04 | $380.00 | $15.20 |
| 01/12/2017 | Correspondence with client: And with Dramatist Guild re REDACTED | 0.08 | $380.00 | $30.40 |
| 01/13/2017 | Draft Pleadings/Filings: Memo of law - Fair Use (TBD whether in support of or in opposition to motion) | 1.92 | $380.00 | $729.60 |
| 01/16/2017 | Review DLA letter to Client (9-27-16) recently found by client, and email to client re REDACTED | 0.20 | $380.00 | $76.00 |
| 01/16/2017 | Draft Pleadings/Filings: Memo of law (cont.) | 2.02 | $380.00 | $767.60 |
| 01/17/2017 | Draft Pleadings/Filings: Memo of law (cont.) | 1.35 | $380.00 | $513.00 |
| 01/18/2017 | Draft Pleadings/Filings: Memo of law (cont.) | 1.40 | $380.00 | $532.00 |
| 01/19/2017 | Draft Pleadings/Filings: Memo of law (cont.) | 2.82 | $380.00 | $1,071.60 |
| 01/20/2017 | Legal Research: Dr. Seuss' filing in California case | 0.21 | $380.00 | $79.80 |
| 01/23/2017 | Research re historical parodies in the theater | 0.20 | $380.00 | $76.00 |
| 01/25/2017 | Review Judge Hellerstein's decision on Rule 12(b)(6) motion in "Anastasia" copyright/theatrical case and emails with client re REDACTED (1:16-cv-09471-AKH de Becdelievre v. McNally et al) | 0.30 | $380.00 | $114.00 |

| | |
|---|---|
| **Quantity Subtotal** | **12.41** |

| | |
|---|---|
| **Quantity Total** | **12.41** |
| **Subtotal** | **$4,715.80** |
| **Total** | **$4,715.80** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 59 | 12/28/2016 | $10,738.40 | $0.00 | $10,738.40 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 71 | 01/30/2017 | $4,715.80 | $0.00 | $4,715.80 |

| | |
|---|---|
| **Outstanding Balance** | **$15,454.20** |
| **Total Amount Outstanding** | **$15,454.20** |

Please make all amounts payable to: J. Greenberger, PLLC

Payment is due upon receipt.

# Remittance Advice

**Checking Information**

**Remit checks to:** Jordan Greenberger, Esq.
J. Greenberger, PLLC
195 Montague Street, 14th Floor
Brooklyn, NY 11201 USA

**Wire Transfer Information**

**Bank Name/Address:** REDACTED

**Bank ABA/Routing #:** REDACTED

**Name/Account #:** REDACTED

**SWIFT:** REDACTED

Please include the invoice number noted above (#71) as an additional reference. Please also provide adequate payment to cover any wire fees assessed by your financial institution.

Payment via REDACTED QuickPay may be made to REDACTED

# J. Greenberger, PLLC

# INVOICE

195 Montague Street, 14th Floor
Brooklyn, NY 11201
Phone: (718) 502-9555
Email: jordan@jgreenbergerlaw.com
www.jgreenbergerlaw.com

Invoice # 85
Date: 02/28/2017
Due Upon Receipt

Matthew Lombardo

New York, NY 10036

## Statement of Account

| Outstanding Balance | New Charges | Payments Received | Total Amount Outstanding |
|---|---|---|---|
| ( $15,454.20 | + $18,555.47 | ) - ( $0.00 | ) = **$34,009.67** |

## 536-00001/Lomba-Dr. S

## Dr. Seuss Litigation

### Services

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 02/02/2017 | Voice message from, and email to, client re REDACTED | 0.10 | $380.00 | $38.00 |
| 02/03/2017 | Review Pro Hac Vice Motion (Seuss counsel Ryan Compton/DLA Piper) | 0.10 | $380.00 | $38.00 |
| 02/05/2017 | Review Defendants' moving papers (partial motion to dismiss); research re same; outline opp memo | 3.08 | $380.00 | $1,170.40 |
| 02/06/2017 | Draft Pleadings/Filings: Edit opposition memo | 0.64 | $380.00 | $243.20 |
| 02/06/2017 | Meeting with client: Re Defendant's motion | 1.10 | $380.00 | $418.00 |
| 02/07/2017 | Draft Pleadings/Filings: Opposition brief (edit & research re same) | 2.29 | $380.00 | $870.20 |
| 02/08/2017 | Draft Pleadings/Filings: Opp brief | 3.75 | $380.00 | $1,425.00 |
| 02/09/2017 | Draft Pleadings/Filings: Opposition/cross-moving brief, research re same | 3.65 | $380.00 | $1,387.00 |
| 02/10/2017 | Draft Pleadings/Filings: Edit/research opposition brief | 2.20 | $380.00 | $836.00 |
| 02/11/2017 | Draft Pleadings/Filings: Opp motion and research re same | 3.79 | $380.00 | $1,440.20 |

| 02/13/2017 | Draft Pleadings/Filings: Edit/research opposition/cross-moving brief | 5.12 | $380.00 | $1,945.60 |
|---|---|---|---|---|
| 02/14/2017 | Draft Pleadings/Filings: Edit/research oppostion/cross-moving brief | 5.84 | $380.00 | $2,219.20 |
| 02/15/2017 | Draft Pleadings/Filings: Edit opposition brief & research re same | 4.48 | $380.00 | $1,702.40 |
| 02/16/2017 | Draft Pleadings/Filings: Edit / finalize opposition/cross-moving brief | 0.20 | $380.00 | $76.00 |
| 02/16/2017 | Draft Pleadings/Filings: Edit/finalize opposition & cross-moving brief | 4.59 | $380.00 | $1,744.20 |
| 02/17/2017 | Draft Pleadings/Filings: Finalize opposition and cross-moving brief (edits, research, tables); notice of cross-motion; Greenberger Decl with exhibit | 5.92 | $380.00 | $2,249.60 |
| 02/20/2017 | Draft courtesy copy letter to Court; finalize copies for delivery to Court | 0.25 | $380.00 | $95.00 |
| 02/21/2017 | Email Defendant's counsel with copy of letter to court | 0.10 | $380.00 | $38.00 |
| 02/24/2017 | Review Seuss letter opposing dramatist guild amicus submission | 0.10 | $380.00 | $38.00 |
| 02/25/2017 | Review Seuss's reply brief on partial motion to dismiss; research re rules for responding to cross-motion | 1.44 | $380.00 | $547.20 |
| 02/27/2017 | Telephone call with client: Re: ███ REDACTED ███ ███ | 0.07 | $380.00 | $26.60 |

| | **Quantity Subtotal** | **48.81** |
|---|---|---|
| | **Services Subtotal** | **$18,547.80** |

## Expenses

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 02/20/2017 | Postage - cc letter to DLA Piper | 1.00 | $0.47 | $0.47 |
| 02/20/2017 | Postage - Courtesy copy to court (# 9505 5000 3600 7051 0000 68) | 1.00 | $7.20 | $7.20 |

| | **Expenses Subtotal** | **$7.67** |
|---|---|---|

| | **Quantity Total** | **48.81** |
|---|---|---|
| | **Subtotal** | **$18,555.47** |
| | **Total** | **$18,555.47** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 59 | 12/28/2016 | $10,738.40 | $0.00 | $10,738.40 |
| 71 | 01/30/2017 | $4,715.80 | $0.00 | $4,715.80 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 85 | 02/28/2017 | $18,555.47 | $0.00 | $18,555.47 |

| | |
|---|---|
| Outstanding Balance | $34,009.67 |
| Total Amount Outstanding | $34,009.67 |

Please make all amounts payable to: J. Greenberger, PLLC

Payment is due upon receipt.

# Remittance Advice

## Checking Information

**Remit checks to:** Jordan Greenberger, Esq.
J. Greenberger, PLLC
195 Montague Street, 14th Floor
Brooklyn, NY 11201 USA

## Wire Transfer Information

**Bank Name/Address:** REDACTED

**Bank ABA/Routing #:** REDACTED

**Name/Account #:** REDACTED

**SWIFT:** REDACTED

Please include the invoice number noted above (#85) as an additional reference. Please also provide adequate payment to cover any wire fees assessed by your financial institution.

Payment via REDACTED QuickPay may be made to REDACTED

# J. Greenberger, PLLC

# INVOICE

195 Montague Street, 14th Floor
Brooklyn, NY 11201
Phone: (718) 502-9555
Email: jordan@jgreenbergerlaw.com
www.jgreenbergerlaw.com

Invoice # 104
Date: 03/31/2017
Due Upon Receipt

Matthew Lombardo
500 West 43rd Street
#14A
New York, NY 10036

## Statement of Account

| Outstanding Balance | New Charges | Payments Received | Total Amount Outstanding |
|---|---|---|---|
| ( $34,009.67 | + $4,588.00 | ) - ( $0.00 | ) = **$38,597.67** |

## 536-00001/Lomba-Dr. S

## Dr. Seuss Litigation

### Services

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 03/03/2017 | Review opposition to cross motion | 0.20 | $380.00 | $76.00 |
| 03/05/2017 | Draft Pleadings/Filings: Reply brief - cross-motion | 0.57 | $380.00 | $216.60 |
| 03/06/2017 | Draft Pleadings/Filings: reply on cross-motion, and research re: same | 2.38 | $380.00 | $904.40 |
| 03/07/2017 | Telephone call with client: Re REDACTED | 0.11 | $380.00 | $41.80 |
| 03/07/2017 | Draft Pleadings/Filings: Edit/research reply brief (cross-motion) | 4.76 | $380.00 | $1,808.80 |
| 03/08/2017 | Draft Pleadings/Filings: Edit/research reply brief (cross-motion) | 1.94 | $380.00 | $737.20 |
| 03/09/2017 | Draft Pleadings/Filings: Finalize reply brief; e-file and courtesy copy to Court | 2.11 | $380.00 | $801.80 |
| | **Quantity Subtotal** | **12.07** | | |
| | **Services Subtotal** | | | **$4,586.60** |

### Expenses

| Date | Notes | Quantity | Rate | Total |
|------|-------|----------|------|-------|
| 03/09/2017 | USPS Postage - courtesy copy of reply brief on cross motion (to Court) | 1.00 | $1.40 | $1.40 |

| | | |
|---|---|---|
| | **Expenses Subtotal** | **$1.40** |

| | | |
|---|---|---|
| | **Quantity Total** | **12.07** |
| | **Subtotal** | **$4,588.00** |
| | **Total** | **$4,588.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|-----------|-------------------|-------------|
| 59 | 12/28/2016 | $10,738.40 | $0.00 | $10,738.40 |
| 71 | 01/30/2017 | $4,715.80 | $0.00 | $4,715.80 |
| 85 | 02/28/2017 | $18,555.47 | $0.00 | $18,555.47 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|-----------|-------------------|-------------|
| 104 | 03/31/2017 | $4,588.00 | $0.00 | $4,588.00 |

| | | |
|---|---|---|
| | **Outstanding Balance** | **$38,597.67** |
| | **Total Amount Outstanding** | **$38,597.67** |

Please make all amounts payable to: J. Greenberger, PLLC

Payment is due upon receipt.

# Remittance Advice

**Checking Information**

**Remit checks to:** Jordan Greenberger, Esq.
J. Greenberger, PLLC
195 Montague Street, 14th Floor
Brooklyn, NY 11201 USA

**Wire Transfer Information**

**Bank Name/Address:** REDACTED

**Bank ABA/Routing #:** REDACTED

**Name/Account #:** REDACTED

**SWIFT:** REDACTED

Please include the invoice number noted above (#104) as an additional reference. Please also provide adequate payment to cover any wire fees assessed by your financial institution.

Payment via REDACTED QuickPay may be made to REDACTED

# J. Greenberger, PLLC

# INVOICE

195 Montague Street, 14th Floor
Brooklyn, NY 11201
Phone: (718) 502-9555
Email: jordan@jgreenbergerlaw.com
www.jgreenbergerlaw.com

Invoice # 123
Date: 04/28/2017
Due Upon Receipt

Matthew Lombardo

New York, NY 10036

## Statement of Account

| Outstanding Balance | New Charges | Payments Received | Total Amount Outstanding |
|---|---|---|---|
| (  $38,597.67 | +  $1,740.40 | ) - (  $0.00 | ) =  **$40,338.07** |

## 536-00001/Lomba-Dr. S

## Dr. Seuss Litigation

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 04/05/2017 | Telephone call with client: Re: REDACTED | 0.07 | $380.00 | $26.60 |
| 04/07/2017 | Correspondence with client: Re REDACTED | 0.10 | $380.00 | $38.00 |
| 04/07/2017 | Review decision/order on motion to dismiss money damages claim; initial research re interlocutory appeals | 0.60 | $380.00 | $228.00 |
| 04/10/2017 | Review decision granting partial motion to dismiss again re next steps/strategy; telcall with client | 0.40 | $380.00 | $152.00 |
| 04/10/2017 | Telephone call with client re REDACTED | 0.12 | $380.00 | $45.60 |
| 04/12/2017 | Telcall with opposing counsel re Plaintiff's settlement proposal | 0.13 | $380.00 | $49.40 |
| 04/17/2017 | Draft Pleadings/Filings: Amended Complaint per order dismissing money damages claim; telcall with client; scan book for exhibit | 1.35 | $380.00 | $513.00 |
| 04/18/2017 | Telephone call with client | 0.04 | $380.00 | $15.20 |
| 04/18/2017 | Draft Pleadings/Filings: Edit amended complaint | 0.28 | $380.00 | $106.40 |
| 04/20/2017 | Draft Pleadings/Filings: Edit amended complaint | 0.41 | $380.00 | $155.80 |
| 04/21/2017 | Draft Pleadings/Filings: Finalize amended complaint and e-file | 0.54 | $380.00 | $205.20 |
| 04/25/2017 | Draft Stip re filing and email counsel re same | 0.20 | $380.00 | $76.00 |

| | | | | |
|---|---|---|---|---|
| 04/25/2017 | Telephone call with client | 0.14 | $380.00 | $53.20 |
| 04/26/2017 | Emails with Defendant's counsel re notice of deficient filing/ stipulation, and e-file stipulation | 0.10 | $380.00 | $38.00 |
| 04/27/2017 | Review ECF entry and new notice of appearance (Ashley Joyce/ DLA Piper) | 0.10 | $380.00 | $38.00 |

| | | | |
|---|---|---|---|
| | | **Quantity Subtotal** | **4.58** |
| | | **Quantity Total** | **4.58** |
| | | **Subtotal** | **$1,740.40** |
| | | **Total** | **$1,740.40** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 59 | 12/28/2016 | $10,738.40 | $0.00 | $10,738.40 |
| 71 | 01/30/2017 | $4,715.80 | $0.00 | $4,715.80 |
| 85 | 02/28/2017 | $18,555.47 | $0.00 | $18,555.47 |
| 104 | 03/31/2017 | $4,588.00 | $0.00 | $4,588.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 123 | 04/28/2017 | $1,740.40 | $0.00 | $1,740.40 |

| | |
|---|---|
| **Outstanding Balance** | **$40,338.07** |
| **Total Amount Outstanding** | **$40,338.07** |

Please make all amounts payable to: J. Greenberger, PLLC

Payment is due upon receipt.

## Remittance Advice

### Checking Information

**Remit checks to:** Jordan Greenberger, Esq.
J. Greenberger, PLLC
195 Montague Street, 14th Floor
Brooklyn, NY 11201 USA

### Wire Transfer Information

**Bank Name/Address:** REDACTED

**Bank ABA/Routing #:** REDACTED

**Name/Account #:** REDACTED

**SWIFT:** REDACTED

Please include the invoice number noted above (#123) as an additional reference. Please also provide adequate payment to cover any wire fees assessed by your financial institution.

Payment via REDACTED QuickPay may be made to REDACTED

# J. Greenberger, PLLC

# INVOICE

195 Montague Street, 14th Floor
Brooklyn, NY 11201
Phone: (718) 502-9555
Email: jordan@jgreenbergerlaw.com
www.jgreenbergerlaw.com

Invoice # 139
Date: 06/01/2017
Due Upon Receipt

Matthew Lombardo
 REDACTED
New York, NY 10036

## Statement of Account

| Outstanding Balance | New Charges | Payments Received | Total Amount Outstanding |
|---|---|---|---|
| ( $40,338.07 | + $8,048.40 | ) - ( $0.00 | ) = $48,386.47 |

## 536-00001/Lomba-Dr. S

## Dr. Seuss Litigation

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 05/15/2017 | Telephone call with client: re: REDACTED; and review pleadings re same | 0.55 | $380.00 | $209.00 |
| 05/15/2017 | Emails opposing counsel re: adjourning response to counterclaims due to hearing on 12(c) | 0.68 | $380.00 | $258.40 |
| 05/15/2017 | Legal Research: re: copyrightability of characters Grinch and Cindy Lou (second and third causes of action) | 0.23 | $380.00 | $87.40 |
| 05/16/2017 | Draft Pleadings/Filings: Letter to court requesting adjournment of time to respond to counterclaims; emails with counsel re same; fax to court | 1.22 | $380.00 | $463.60 |
| 05/17/2017 | Legal Research: Re: timing of Rule 12 motion for failure to state a claim | 0.18 | $380.00 | $68.40 |
| 05/17/2017 | Legal Research: Re: NY GBL 360-l claim | 0.38 | $380.00 | $144.40 |
| 05/17/2017 | Draft Pleadings/Filings: Answer to Counterclaims | 0.82 | $380.00 | $311.60 |
| 05/18/2017 | Correspondence with client: Re: REDACTED | 0.20 | $380.00 | $76.00 |
| 05/18/2017 | Draft Pleadings/Filings: Answer to counterclaims | 3.52 | $380.00 | $1,337.60 |
| 05/18/2017 | Legal Research: Re copyrightability of characters (the Grinch, Max and Cindy-Lou) -- Nimmer and cases | 0.90 | $380.00 | $342.00 |

Page 1 of 4

| | | | | |
|---|---|---|---|---|
| 05/19/2017 | Draft Pleadings/Filings: Edit answer to counterclaims and affirmative defenses; emails with client re REDACTED | 1.56 | $380.00 | $592.80 |
| 05/23/2017 | Legal Research: Re: affirmative defenses | 0.59 | $380.00 | $224.20 |
| 05/25/2017 | Draft Pleadings/Filings: Review and finalize draft answer to counterclaims with affirmative defenses; research re affirmative defenses | 3.72 | $380.00 | $1,413.60 |
| 05/26/2017 | Draft Pleadings/Filings: Incorporate client comments into answer to counterclaims; finalize; and e-file | 1.89 | $380.00 | $718.20 |
| 05/26/2017 | Legal Research: re: 12(c) and 12(b)(6) decisions on copyright and trademark fair use, and state law claims; prepare for conference | 1.94 | $380.00 | $737.20 |
| 05/30/2017 | Prepare for Court Appearance: Research re: fair-use and parody (TM and C) on Rule 12 motion; outline | 1.79 | $380.00 | $680.20 |
| 05/31/2017 | Telephone call with client: re: REDACTED prepare for hearing | 0.91 | $380.00 | $345.80 |
| 05/31/2017 | Review court order adjourning conference and emails re same | 0.10 | $380.00 | $38.00 |

| | |
|---|---|
| **Quantity Subtotal** | **21.18** |

| | |
|---|---|
| **Quantity Total** | **21.18** |
| **Subtotal** | **$8,048.40** |
| **Total** | **$8,048.40** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 59 | 12/28/2016 | $10,738.40 | $0.00 | $10,738.40 |
| 71 | 01/30/2017 | $4,715.80 | $0.00 | $4,715.80 |
| 85 | 02/28/2017 | $18,555.47 | $0.00 | $18,555.47 |
| 104 | 03/31/2017 | $4,588.00 | $0.00 | $4,588.00 |
| 123 | 04/28/2017 | $1,740.40 | $0.00 | $1,740.40 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

| 139 | 06/01/2017 | $8,048.40 | $0.00 | $8,048.40 |
| --- | --- | --- | --- | --- |
| | | | **Outstanding Balance** | **$48,386.47** |
| | | | **Total Amount Outstanding** | **$48,386.47** |

Please make all amounts payable to: J. Greenberger, PLLC

Payment is due upon receipt.

# Remittance Advice

## Checking Information

**Remit checks to:** Jordan Greenberger, Esq.
J. Greenberger, PLLC
195 Montague Street, 14th Floor
Brooklyn, NY 11201 USA

## Wire Transfer Information

**Bank Name/Address:** REDACTED

**Bank ABA/Routing #:** REDACTED

**Name/Account #:** REDACTED

**SWIFT:** REDACTED

Please include the invoice number noted above (#139) as an additional reference. Please also provide adequate payment to cover any wire fees assessed by your financial institution.

Payment via REDACTED QuickPay may be made to REDACTED

# J. Greenberger, PLLC

# INVOICE

195 Montague Street, 14th Floor
Brooklyn, NY 11201
Phone: (718) 502-9555
Email: jordan@jgreenbergerlaw.com
www.jgreenbergerlaw.com

Invoice # 156
Date: 06/30/2017
Due Upon Receipt

Matthew Lombardo

New York, NY 10036

## Statement of Account

| Outstanding Balance | New Charges | Payments Received | Total Amount Outstanding |
|---|---|---|---|
| ( $48,386.47 | + $11,061.33 | ) - ( $0.00 | ) = $59,447.80 |

## 536-00001/Lomba-Dr. S

## Dr. Seuss Litigation

### Services

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 06/01/2017 | Fax copy of Order adjourning conference to counsel at DLA Piper, per 5/31/17 Order | 0.10 | $380.00 | $38.00 |
| 06/01/2017 | Telcall with client re REDACTED ; research re next steps | 0.50 | $380.00 | $190.00 |
| 06/03/2017 | Draft Pleadings/Filings: Letter to Court re: adjourned conference and permission to move for Rule 12(c) judgment | 3.30 | $380.00 | $1,254.00 |
| 06/05/2017 | Finalize and file/fax letter to Court re: Rule 12(c) | 0.70 | $380.00 | $266.00 |
| 06/06/2017 | Review Court Filing(s): Seuss Letter responding to Plaintiff's letter re: proposed Rule 12(c) motion | 0.03 | $380.00 | $11.40 |
| 06/08/2017 | Review Court Filing(s): Court order re: Rule 12(c) motion and briefing schedule; emails and telcall with client re same | 0.30 | $380.00 | $114.00 |
| 06/09/2017 | Telephone call with client: Re REDACTED | 0.17 | $380.00 | $64.60 |
| 06/12/2017 | Draft Pleadings/Filings: Edit motion for judgment on pleadings (previously started pre-partial motion to dismiss); update for 12(c); research re: Trademark related claims and updates to brief re same | 1.31 | $380.00 | $497.80 |

| 06/13/2017 | Draft Pleadings/Filings: Edit Rule 12(c) memo | 0.95 | $380.00 | $361.00 |
|---|---|---|---|---|
| 06/14/2017 | Draft Pleadings/Filings: Edit memo of law in support of Rule 12(c) motion and research re same | 2.50 | $380.00 | $950.00 |
| 06/15/2017 | Draft Pleadings/Filings: Rule 12(c) memo of law & research re same (trademark claims; character fair use) | 2.86 | $380.00 | $1,086.80 |
| 06/15/2017 | Telephone calls with client; and with Dramatist Guild counsel re Amicus; and with Andrew Farber | 0.74 | $380.00 | $281.20 |
| 06/19/2017 | Draft Pleadings/Filings: Edit moving memo of law & research re same (trademark claims) | 1.67 | $380.00 | $634.60 |
| 06/20/2017 | Draft Pleadings/Filings: Edit memo of law in support of rule 12(c) motion; changes per recent California decision in other Seuss "mash-up" case | 3.09 | $380.00 | $1,174.20 |
| 06/22/2017 | Telephone call with David Faux at Dramatist Guild re: status of their amicus papers | 0.10 | $380.00 | $38.00 |
| 06/23/2017 | Draft Pleadings/Filings: Edit trademark section of memo of law in support of motion | 0.91 | $380.00 | $345.80 |
| 06/27/2017 | Legal Research: Re: filing of copy of Grinch vs. under seal/hard copy with court; email to opposing counsel re same | 0.61 | $380.00 | $231.80 |
| 06/27/2017 | Draft Pleadings/Filings: Update memo of law in support with client's comments and per updates to ComicMix case | 2.31 | $380.00 | $877.80 |
| 06/28/2017 | Telephone call to Tamar re: exhibit in hard-file (office & cell); letter to Court re same | 0.73 | $380.00 | $277.40 |
| 06/28/2017 | Draft Pleadings/Filings: Notice of motion; Greenberger Decl | 0.37 | $380.00 | $140.60 |
| 06/29/2017 | Correspondence with opposing counsel: Re: filing Grinch in hard-copy book form; review Court order re same | 0.15 | $380.00 | $57.00 |
| 06/29/2017 | Draft Pleadings/Filings: Edit 12(c) memo; notice of motion; declaration | 2.44 | $380.00 | $927.20 |
| 06/30/2017 | Draft Pleadings/Filings: Finalize Rule 12(c) motion papers; efile and serve copies | 2.58 | $380.00 | $980.40 |
| 06/30/2017 | Review amicus papers filed by Dramatist guild | 0.40 | $380.00 | $152.00 |
| | | **Quantity Subtotal** | | 28.82 |
| | | **Services Subtotal** | | **$10,951.60** |

## Expenses

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 02/03/2017 | Process Server Fee (E-Serve) | 1.00 | $75.00 | $75.00 |

| | | | | |
|---|---|---|---|---|
| 06/28/2017 | How The Grinch Stole Christmas - Book purchased on Amazon Prime for Rule 12(c) motion exhibit | 1.00 | $11.18 | $11.18 |
| 06/30/2017 | Postage - UPS (Rule 12(c) motion papers to J. Hellerstein's chambers) [Tracking Number: 1Z2116X6NW14320472] | 1.00 | $23.55 | $23.55 |

|  |  |
|---|---|
| **Expenses Subtotal** | **$109.73** |

|  |  |
|---|---|
| **Quantity Total** | **28.82** |
| **Subtotal** | **$11,061.33** |
| **Total** | **$11,061.33** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 59 | 12/28/2016 | $10,738.40 | $0.00 | $10,738.40 |
| 71 | 01/30/2017 | $4,715.80 | $0.00 | $4,715.80 |
| 85 | 02/28/2017 | $18,555.47 | $0.00 | $18,555.47 |
| 104 | 03/31/2017 | $4,588.00 | $0.00 | $4,588.00 |
| 123 | 04/28/2017 | $1,740.40 | $0.00 | $1,740.40 |
| 139 | 06/01/2017 | $8,048.40 | $0.00 | $8,048.40 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 156 | 06/30/2017 | $11,061.33 | $0.00 | $11,061.33 |

|  |  |
|---|---|
| **Outstanding Balance** | **$59,447.80** |
| **Total Amount Outstanding** | **$59,447.80** |

Please make all amounts payable to: J. Greenberger, PLLC

Payment is due upon receipt.

# Remittance Advice

| Checking Information | |
|---|---|
| **Remit checks to:** | Jordan Greenberger, Esq.<br>J. Greenberger, PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, NY 11201 USA |

| Wire Transfer Information | |
|---|---|
| **Bank Name/Address:** | REDACTED |
| **Bank ABA/Routing #:** | REDACTED |
| **Name/Account #:** | REDACTED |
| **SWIFT:** | REDACTED |

Please include the invoice number noted above (#156) as an additional reference. Please also provide adequate payment to cover any wire fees assessed by your financial institution.

Payment via REDACTED QuickPay may be made to REDACTED

# J. Greenberger, PLLC

# INVOICE

195 Montague Street, 14th Floor
Brooklyn, NY 11201
Phone: (718) 502-9555
Email: jordan@jgreenbergerlaw.com
www.jgreenbergerlaw.com

Invoice # 178
Date: 07/31/2017
Due Upon Receipt

Matthew Lombardo
REDACTED
New York, NY 10036

## Statement of Account

| Outstanding Balance | New Charges | Payments Received | Total Amount Outstanding |
|---|---|---|---|
| ( $59,447.80 | + $1,668.20 | ) - ( $0.00 | ) = $61,116.00 |

## 536-00001/Lomba-Dr. S

## Dr. Seuss Litigation

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 07/16/2017 | Review Court Filing(s): Dr. Seuss opposition to amicus brief/motion of Dramatist Guild | 0.10 | $380.00 | $38.00 |
| 07/25/2017 | Correspondence with client: Re: REDACTED | 0.10 | $380.00 | $38.00 |
| 07/28/2017 | Review Court Filing(s): Defendants memo in opposition to 12(c) motion | 0.90 | $380.00 | $342.00 |
| 07/30/2017 | Draft Pleadings/Filings: Reply Brief - 12(c) motion | 0.80 | $380.00 | $304.00 |
| 07/31/2017 | Draft Pleadings/Filings: Reply brief - 12(c) | 2.49 | $380.00 | $946.20 |
| | | **Quantity Subtotal** | | **4.39** |

| | |
|---|---|
| **Quantity Total** | **4.39** |
| **Subtotal** | **$1,668.20** |
| **Total** | **$1,668.20** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 59 | 12/28/2016 | $10,738.40 | $0.00 | $10,738.40 |
| 71 | 01/30/2017 | $4,715.80 | $0.00 | $4,715.80 |
| 85 | 02/28/2017 | $18,555.47 | $0.00 | $18,555.47 |
| 104 | 03/31/2017 | $4,588.00 | $0.00 | $4,588.00 |
| 123 | 04/28/2017 | $1,740.40 | $0.00 | $1,740.40 |
| 139 | 06/01/2017 | $8,048.40 | $0.00 | $8,048.40 |
| 156 | 06/30/2017 | $11,061.33 | $0.00 | $11,061.33 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 178 | 07/31/2017 | $1,668.20 | $0.00 | $1,668.20 |

| | | |
|---|---|---|
| Outstanding Balance | $61,116.00 |
| Total Amount Outstanding | $61,116.00 |

Please make all amounts payable to: J. Greenberger, PLLC

Payment is due upon receipt.

## Remittance Advice

| Checking Information | |
|---|---|
| **Remit checks to:** | Jordan Greenberger, Esq. |
| | J. Greenberger, PLLC |
| | 195 Montague Street, 14th Floor |
| | Brooklyn, NY 11201 USA |

| Wire Transfer Information | |
|---|---|
| **Bank Name/Address:** | REDACTED |
| **Bank ABA/Routing #:** | REDACTED |
| **Name/Account #:** | REDACTED |
| **SWIFT:** | REDACTED |

Please include the invoice number noted above (#178) as an additional reference. Please also provide adequate payment to cover any wire fees assessed by your financial institution.

Payment via REDACTED QuickPay may be made to REDACTED

# J. Greenberger, PLLC

# INVOICE

195 Montague Street, 14th Floor
Brooklyn, NY 11201
Phone: (718) 502-9555
Email: jordan@jgreenbergerlaw.com
www.jgreenbergerlaw.com

Invoice # 201
Date: 08/31/2017
Due Upon Receipt

Matthew Lombardo

New York, NY 10036

## Statement of Account

| | Outstanding Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|---|---|---|---|---|---|---|---|
| ( | $61,116.00 | + | $3,306.49 | ) - ( | $0.00 | ) = | $64,422.49 |

## 536-00001/Lomba-Dr. S

## Dr. Seuss Litigation

### Services

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 07/31/2017 | Telephone call with client: Re: REDACTED f | 0.12 | $380.00 | $45.60 |
| 07/31/2017 | Draft Pleadings/Filings: Reply brief - 12(c) [continued; earlier billable time from today on July 2017 invoice] | 0.78 | $380.00 | $296.40 |
| 08/02/2017 | Draft Pleadings/Filings: Edit 12c reply brief | 2.50 | $380.00 | $950.00 |
| 08/03/2017 | Draft Pleadings/Filings: reply brief - 12 c | 3.64 | $380.00 | $1,383.20 |
| 08/04/2017 | Draft Pleadings/Filings: Incorporate client comments, TOA and TOC, finalize 12(c) reply brief | 0.83 | $380.00 | $315.40 |
| 08/05/2017 | Draft Pleadings/Filings: finalize tables; e-file rule 12c reply papers | 0.68 | $380.00 | $258.40 |
| 08/29/2017 | Telephone call with client: Re: REDACTED | 0.15 | $380.00 | $57.00 |

| | Quantity Subtotal | 8.7 |
|---|---|---|
| | Services Subtotal | $3,306.00 |

**Expenses**

| Date | Notes | Quantity | Rate | Total |
|------|-------|----------|------|-------|
| 08/08/2017 | Postage - Courtesy Copy of 12(c) Reply Brief to Court | 1.00 | $0.49 | $0.49 |
| | | **Expenses Subtotal** | | **$0.49** |

| | | | |
|---|---|---|---|
| | **Quantity Total** | | 8.7 |
| | **Subtotal** | | **$3,306.49** |
| | **Total** | | **$3,306.49** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 59 | 12/28/2016 | $10,738.40 | $0.00 | $10,738.40 |
| 71 | 01/30/2017 | $4,715.80 | $0.00 | $4,715.80 |
| 85 | 02/28/2017 | $18,555.47 | $0.00 | $18,555.47 |
| 104 | 03/31/2017 | $4,588.00 | $0.00 | $4,588.00 |
| 123 | 04/28/2017 | $1,740.40 | $0.00 | $1,740.40 |
| 139 | 06/01/2017 | $8,048.40 | $0.00 | $8,048.40 |
| 156 | 06/30/2017 | $11,061.33 | $0.00 | $11,061.33 |
| 178 | 07/31/2017 | $1,668.20 | $0.00 | $1,668.20 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 201 | 08/31/2017 | $3,306.49 | $0.00 | $3,306.49 |
| | | | **Outstanding Balance** | **$64,422.49** |
| | | | **Total Amount Outstanding** | **$64,422.49** |

Please make all amounts payable to: J. Greenberger, PLLC

Payment is due upon receipt.

# Remittance Advice

## Checking Information

**Remit checks to:**    Jordan Greenberger, Esq.
J. Greenberger, PLLC
195 Montague Street, 14th Floor
Brooklyn, NY 11201 USA

## Wire Transfer Information

**Bank Name/Address:**    REDACTED

**Bank ABA/Routing #:**    REDACTED

**Name/Account #:**    REDACTED

**SWIFT:**    REDACTED

Please include the invoice number noted above (#201) as an additional reference. Please also provide adequate payment to cover any wire fees assessed by your financial institution.

If you have a participating bank, payment via "QuickPay"/"Zelle" may be made to REDACTED

# J. Greenberger, PLLC

# INVOICE

195 Montague Street, 14th Floor
Brooklyn, NY 11201
Phone: (718) 502-9555
Email: jordan@jgreenbergerlaw.com
www.jgreenbergerlaw.com

Invoice # 205
Date: 09/28/2017
Due Upon Receipt

Matthew Lombardo

New York, NY 10036

## Statement of Account

| | Outstanding Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|---|---|---|---|---|---|---|---|
| ( | $64,422.49 | + | $8,113.00 | ) - ( | $0.00 | ) = | $72,535.49 |

## 536-00001/Lomba-Dr. S

## Dr. Seuss Litigation

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 09/06/2017 | Telephone call with client: Re REDACTED | 0.10 | $380.00 | $38.00 |
| 09/15/2017 | Review Court Filing(s): Decision & Order granting motion for judgment on the pleadings | 0.60 | $380.00 | $228.00 |
| 09/15/2017 | Telephone call with client: re REDACTED | 0.15 | $380.00 | $57.00 |
| 09/18/2017 | Docket dates for decision, judgment, and deadline to move for attorney's fees | 0.15 | $380.00 | $57.00 |
| 09/18/2017 | Review Court Filing(s): Judgment | 0.10 | $380.00 | $38.00 |
| 09/18/2017 | Legal Research: Time to move for attorney's fees under Rule 54 and other taxable costs | 0.20 | $380.00 | $76.00 |
| 09/18/2017 | Draft Pleadings/Filings: Bill of costs; review file for expenses re same | 0.30 | $380.00 | $114.00 |
| 09/18/2017 | Draft Pleadings/Filings: Declaration in support of motion for attorney's fees & review invoices re same | 0.38 | $380.00 | $144.40 |
| 09/19/2017 | Draft Pleadings/Filings: Declaration in support of motion for attorney's fees (cont. editing) | 1.83 | $380.00 | $695.40 |

| Date | Description | | | |
|---|---|---|---|---|
| 09/19/2017 | Draft Pleadings/Filings: Memo of law in support of motion for attorney's fees | 1.18 | $380.00 | $448.40 |
| 09/20/2017 | Draft Pleadings/Filings: memo of law in support of attorney's fees motion with related legal research | 1.18 | $380.00 | $448.40 |
| 09/21/2017 | Draft Pleadings/Filings: Memo of law in support of motion for attorney's fees | 1.39 | $380.00 | $528.20 |
| 09/22/2017 | Review Court Filing(s): Defendant's notice of appeal and related second circuit filings/notices; docket dates re same | 0.14 | $380.00 | $53.20 |
| 09/22/2017 | Telephone call with client: Re: REDACTED | 0.17 | $380.00 | $64.60 |
| 09/22/2017 | Draft Pleadings/Filings: Edit memo of law in support of motion for attorney's fees, with related research | 1.08 | $380.00 | $410.40 |
| 09/23/2017 | Draft Pleadings/Filings: continue editing memo of law in support of attorney's fees motion with related legal research | 1.18 | $380.00 | $448.40 |
| 09/25/2017 | Draft Pleadings/Filings: Edit memo of law in support of motion for attorney's fees with related research | 1.65 | $380.00 | $627.00 |
| 09/25/2017 | Telephone call with 2nd Circuit clerk re e-filing notices/registration issue | 0.40 | $380.00 | $152.00 |
| 09/25/2017 | Review Court Filing(s): 2nd Circuit filings by Defendant/Appellant and by Court | 0.15 | $380.00 | $57.00 |
| 09/25/2017 | Draft Pleadings/Filings: 2nd Cir notice of appearance | 0.24 | $380.00 | $91.20 |
| 09/26/2017 | Draft Pleadings/Filings: continue editing memo of law in support of motion for attorney's fees with related legal research | 3.31 | $380.00 | $1,257.80 |
| 09/27/2017 | Telephone call with client: Re REDACTED | 0.12 | $380.00 | $45.60 |
| 09/27/2017 | Draft Pleadings/Filings: Cont. editing memo of law in support of motion for attorney's fees with related research | 2.23 | $380.00 | $847.40 |
| 09/27/2017 | Legal Research: Re: bond for costs on appeal and including with motion for attorney's fees | 0.20 | $380.00 | $76.00 |
| 09/27/2017 | Draft Pleadings/Filings: Notice of motion for attorney's fees and bond | 0.12 | $380.00 | $45.60 |
| 09/27/2017 | Draft Pleadings/Filings: Edit declaration in support of motion and prepare exhibits | 0.70 | $380.00 | $266.00 |
| 09/28/2017 | Draft Pleadings/Filings: Finalize memo of law in support of motion for attorney's fees (edits, tables of content/authority); finalize notice of motion; finalize Greenberger declaration & exhibits with up-to-date invoice information [time for e-filing, courtesy copies etc will appear on next bill] | 2.10 | $380.00 | $798.00 |

| | |
|---|---|
| **Quantity Subtotal** | **21.35** |
| **Quantity Total** | **21.35** |

| | | |
|---|---|---|
| **Subtotal** | **$8,113.00** |
| **Total** | **$8,113.00** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 59 | 12/28/2016 | $10,738.40 | $0.00 | $10,738.40 |
| 71 | 01/30/2017 | $4,715.80 | $0.00 | $4,715.80 |
| 85 | 02/28/2017 | $18,555.47 | $0.00 | $18,555.47 |
| 104 | 03/31/2017 | $4,588.00 | $0.00 | $4,588.00 |
| 123 | 04/28/2017 | $1,740.40 | $0.00 | $1,740.40 |
| 139 | 06/01/2017 | $8,048.40 | $0.00 | $8,048.40 |
| 156 | 06/30/2017 | $11,061.33 | $0.00 | $11,061.33 |
| 178 | 07/31/2017 | $1,668.20 | $0.00 | $1,668.20 |
| 201 | 08/31/2017 | $3,306.49 | $0.00 | $3,306.49 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 205 | 09/28/2017 | $8,113.00 | $0.00 | $8,113.00 |

| | | |
|---|---|---|
| **Outstanding Balance** | **$72,535.49** |
| **Total Amount Outstanding** | **$72,535.49** |

Please make all amounts payable to: J. Greenberger, PLLC

Payment is due upon receipt.

# Remittance Advice

## Checking Information

**Remit checks to:**  Jordan Greenberger, Esq.
J. Greenberger, PLLC
195 Montague Street, 14th Floor
Brooklyn, NY 11201 USA

## Wire Transfer Information

**Bank Name/Address:**  REDACTED

**Bank ABA/Routing #:**  REDACTED

**Name/Account #:**  REDACTED

**SWIFT:**  REDACTED

Please include the invoice number noted above (#205) as an additional reference. Please also provide adequate payment to cover any wire fees assessed by your financial institution.

If you have a participating bank, payment via "QuickPay"/"Zelle" may be made to REDACTED